UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GERALD R. MOORE,

      Plaintiff,

v.

VISION FINANCIAL COLLECTION SERVICES, CORP.,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, GERALD R. MOORE, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, VISION FINANCIAL COLLECTION SERVICES, CORP., is a corporation and citizen of the State of New York with its principal place of business at Four West Red Oak Lane, White Plains, New York 10604.

## FACTUAL ALLEGATIONS

5.      Defendant, or another party acting on its behalf, left the following message on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

December 22, 2009 at 12:31 PM – Pre-Recorded Message
Please return our call by dialing 866-410-4567. Thank you.

December 23, 2009 at 4:48 PM – Pre-Recorded Message
Business Matter. Please return our call by dialing 866-410-4567. Thank you.

December 26, 2009 at 8:42 AM – Pre-Recorded Message
Matter. Please return our call by dialing 866-410-4567. Thank you.

December 28, 2009 at 4:18 PM – Pre-Recorded Message
Business matter. Please return our call by dialing 866-410-4567. Thank you.

December 29, 2009 at 11:16 AM – Pre-Recorded Message
Matter. Please return our call by dialing 866-410-4567. Thank you.

December 30, 2009 at 3:35 PM – Pre-Recorded Message
Business matter. Please return our call by dialing 866-410-4567. Thank you.

January 4, 2010 at 6:39 PM – Pre-Recorded Message
Business matter. Please return our call by dialing 866-410-4567. Thank you.

<u>January 5, 2010 at 2:56 PM -  Pre-Recorded Message</u>
Please return our call by dialing 866-410-4567. Thank you.

<u>January 6, 2010 at 7:43 PM – Pre-Recorded Message</u>
Please return our call by dialing 866-410-4567. Thank you.

<u>January 7, 2010 at 1:56 PM -  Pre-Recorded Message</u>
Matter. Please return our call by dialing 866-410-4567. Thank you.

<u>January 8, 2010 at 8:39 AM – Pre-Recorded Message</u>
Matter. Please return our call by dialing 866-410-4567. Thank you.

<u>January 11, 2010 at 3:38 PM – Pre-Recorded Message</u>
Business matter. Please return our call by dialing 866-410-4567. Thank you.

6.      Plaintiff initially believed Defendant was attempting to contact him,

but has since determined that Defendant was attempting to call some other person.

7.      None of Defendant telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8.      Defendant willfully or knowingly violated the TCPA.

## <u>COUNT I</u>
## <u>VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT</u>

9.      Plaintiff incorporates Paragraphs 1 through 8.

10.      Defendant, or another party acting on its behalf, placed non-

emergency telephone calls to Plaintiff's cellular telephone using an automatic

telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C §

227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658